# United States District Court
# For The Western District of North Carolina
# Charlotte Division

DIRECTV, Inc.,

       Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                          3:03-cv-12-V

William Dozier,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Notices of Voluntary Dismissal filed March 31, 2004 and June 9, 2004; and the Court's Orders of July 7, 2004 and October 19, 2005.

                               **Signed: October 19, 2005**

                               *[Signature: Frank G. Johns]*

                               Frank G. Johns, Clerk
                               United States District Court